UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2167(DSD/RLE)

Freddie L. Livingston,

Plaintiff,

v. **ORDER**

Pat Carr,

Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Raymond L. Erickson, all the files and records, and no objections having been filed to said Report and Recommendation;

**IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint [Docket No. 1] is dismissed for failure to comply with this court's orders of December 7 and 27, 2001, and for failure to prosecute; and

2. Plaintiff's application to proceed *in forma pauperis* [Docket Nos. 2 and 5] is denied as moot.

Dated: May 14, 2002

Judge David S. Doty
United States District Court

FILED 5-14-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 5-14-02
Deputy Clerk's Initials ______